# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-990
Lower Tribunal No. 15-965CC

_____

CHRISTINE E. MARFUT,

Appellant,

v.

THE GARDENS OF GULF COVE PROPERTY OWNER'S ASSOCIATION, INC.,

Appellee.

_____

Appeal from the County Court for Charlotte County.
Peter A. Bell, Judge.

November 28, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and BROWNLEE, JJ., concur.

Christine E. Marfut, Murdock, pro se.

Kari L. Martin, of Najmy Thompson, P.L., Bradenton, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED